**DEPARTMENT OF LABOR AND IN-DUSTRY, UNINSURED EMPLOY-ERS GUARANTY FUND**

v.

**WORKERS' COMPENSATION APPEAL BOARD (LIN AND EASTERN TASTE)**

**Petition of: Fu Xiang Lin**

No. 124 EAL 2017

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of August, 2017, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner is:

(1) Whether the Commonwealth Court's decision interpreting the language of the Construction Workplace Misclassification Act (CWMA) to mean that the CWMA only applies to circumstances where the putative employer's industry or business is construction was in error?

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Tracy E. WATTS, Petitioner**

No. 182 EAL 2017

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**